```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 07 B 17736
   CAROLYN A HARRIS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3089

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/28/2007 and was confirmed 11/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/04/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
DOVENMUEHLE MORTGAGE       CURRENT MORTG           .00         .00          .00
DOVENMUEHLE MORTGAGE       MORTGAGE ARRE       203.32          .00       203.32
ILLINOIS HOUSING AUTHORI   NOTICE ONLY    NOT FILED           .00          .00
ILLINOIS HOUSING DEVELOP   NOTICE ONLY    NOT FILED           .00          .00
GMAC RESCAP LLC            CURRENT MORTG           .00         .00          .00
GMAC RESCAP LLC            MORTGAGE ARRE      9328.93          .00      2606.74
HOMECOMING FINANCIAL       NOTICE ONLY    NOT FILED           .00          .00
LONGWOOD TOWERS CONDO      SECURED            4945.21          .00      2000.00
CAPITAL ONE                UNSEC W/INTER      1568.12        80.39      1568.12
PEOPLES GAS & LIGHT        UNSEC W/INTER       889.90        45.63       889.90
CHICAGO POST OFFICE EMP    UNSEC W/INTER  NOT FILED           .00          .00
VERONICA HARRIS            NOTICE ONLY    NOT FILED           .00          .00
RESCAP MORTGAGE            NOTICE ONLY    NOT FILED           .00          .00
ILLINOIS HOUSING AUTHORI   NOTICE ONLY    NOT FILED           .00          .00
MARTIN J OHEARN            DEBTOR ATTY       3,000.00                   3,000.00
TOM VAUGHN                 TRUSTEE                                        847.90
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               11,242.00

PRIORITY                                          .00
SECURED                                      4,810.06
UNSECURED                                    2,458.02
    INTEREST                                   126.02
ADMINISTRATIVE                               3,000.00
TRUSTEE COMPENSATION                           847.90
DEBTOR REFUND                                     .00
                      ---------------     ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17736 CAROLYN A HARRIS
```

```
TOTALS                                    11,242.00          11,242.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/26/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```